# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION



| | |
|---|---|
| DEAN M. INMAN, | CIVIL NO. 3:06cv00011 |
| *Plaintiff,* | |
| v. | ORDER |
| KLÖCKNER-PENTAPLAST OF AMERICA, INC., and THE KLÖCKNER PENTAPLAST GROUP, and KLÖCKNER PENTAPLAST PARTICIPATIONS S.À.R.L., | JUDGE NORMAN K. MOON |
| *Defendants* | |

This matter is before the Court on a motion to dismiss filed by Defendants Klöckner Pentaplast of America, Inc. and Klöckner Pentaplast Participations S.À.R.L. on June 5, 2006 (docket entry no. 18). For the reasons stated in the accompanying Memorandum Opinion, the Court hereby ORDERS the following:

(1) Plaintiff is given FIFTEEN days within which to amend Count II (ERISA) of his second amended complaint in a manner consistent with the direction in the accompanying Memorandum Opinion. If Plaintiff is unable to amend or chooses not to amend within the time allotted, the Court will grant Defendant's motion to dismiss Count II.

(2) Counts IV (Breach of Contract), V (Civil Conspiracy), VI (Conversion), and VII (Unjust Enrichment) are hereby DISMISSED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

1

ENTERED: /s/ Norman K. Moon
United States District Judge

December 28, 2006
Date

2