IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA.
FILED
for C'Ville
DEC 28 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| DEAN M. INMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>KLÖCKNER-PENTAPLAST OF AMERICA, INC.,<br>and<br>THE KLÖCKNER PENTAPLAST GROUP,<br>and<br>KLÖCKNER PENTAPLAST PARTICIPATIONS S.À.R.L.,<br><br>*Defendants* | CIVIL NO. 3:06cv00011<br><br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction, filed on March 7, 2006 (docket entry no. 5). For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants are hereby ENJOINED and PROHIBITED from divesting Plaintiff of the stock he owns in any or all of the Defendants until the resolution of this lawsuit.

(2) Plaintiff must post a $500 security bond, which, pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, represents the security for the payment of costs and damages that Defendants may incur should it be found that enjoinment was wrongful.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

December 28, 2006
Date

2